UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Yi Lin,

                         Petitioner,                           JUDGMENT
      - against –                                     26-cv-02409-PKC

KENNETH GENALO, *in his official
capacity as Field Office Director
of Immigration and Customs
Enforcement, Enforcement and
Removal Operations*, et al.,

                         Respondents.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on May 1, 2026, granting the petition for a writ of habeas corpus; directing Respondents to release Petitioner from custody immediately and no later than by May 4, 2026 at noon; it is

       ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted;  Respondents are directed to release Petitioner from custody immediately and no later than by <u>Monday, May 4, 2026, at noon;</u> Respondents are directed to return to Petitioner any and all funds and property seized from Petitioner at the time of his arrest; Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court; Petitioner must not be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, at which Respondents will have the burden of showing that

Petitioner's re-detention is authorized under a statutory authority other than Section

1225(b)(2)(A).

Dated: Brooklyn, New York          Approved by:   s/Hon. Pamela K. Chen
      May 4, 2026                                       PAMELA K. CHEN
                                           United States District Judge

Dated: Brooklyn, New York
      May 4, 2026                                       Approved by:   */s/ Brenna B. Mahoney*
                                           BRENNA B. MAHONEY
                                           Clerk of Court